# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

           Chapter 13

           Bankruptcy No. 17-17464-MDC

SATINA  SHEED

4007 J STREET

PHILADELPHIA, PA 19124-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    SATINA  SHEED

    4007 J STREET

    PHILADELPHIA, PA 19124-

**Counsel for debtor(s), by electronic notice only.**
    JONATHAN SGRO
    COMMUNITY LEGAL SERVICE
    1410 W. ERIE AVENUE
    PHILADELPHIA, PA 19140-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

/s/ William C. Miller

Date: 1/18/2018

_____
William C. Miller, Esquire
Chapter 13 Standing Trustee