# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 17-17464-MDC

SATINA SHEED

4007 J STREET

PHILADELPHIA, PA 19124-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

SATINA SHEED

4007 J STREET

PHILADELPHIA, PA 19124-

Counsel for debtor(s), by electronic notice only.

JONATHAN SGRO
COMMUNITY LEGAL SERVICE
1410 W. ERIE AVENUE
PHILADELPHIA, PA 19140-

Date: 4/13/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee