UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE<br>SATINA SHEED,<br><br>Debtor. | :<br>:<br>:<br>:<br>:<br>: | CHAPTER 13<br><br>BR No. 17-17464-MDC<br><br>**Objection to Proof of Claim** |

## ORDER APPROVING STIPULATION OF FACTS

AND NOW this ____ day of _____, 2018, upon consideration of the Stipulation of Facts for Debtor's Objection to Proof of Claim filed by U.S. Bank [Docket Item 36] between Debtor Satina Sheed and Creditor U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency) (collectively, "the parties"), it is hereby ORDERED and DECREED that the Stipulation of Facts is approved as an Order of this court and shall bind the parties accordingly.

Date: _____

_____
HON. MAGDELINE D. COLEMAN
U.S. BANKRUPTCY JUDGE

cc:

Jonathan Sgro, Esquire
Community Legal Services, Inc.
North Philadelphia Law Center
1410 W. Erie Avenue
Philadelphia, PA 19140

William C. Miller, Esquire
Chapter 13 Standing Trustee
1234 Market Street, Suite 1813
Philadelphia, PA  19107

Kevin G. McDonald, Esq.

Matteo S. Weiner, Esq.
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106