United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Satina Sheed  
     Debtor

Case No. 17-17464-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 1     Date Rcvd: Oct 10, 2018  
                         Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2018.  
db         +Satina Sheed,    4007 J Street,    Philadelphia, PA 19124-5211

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2018                                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2018 at the address(es) listed below:

         JONATHAN SGRO    on behalf of Debtor Satina Sheed jsgro@clsphila.org  
         KEVIN G. MCDONALD    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com  
         LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com,    dmaurer@pkh.com;mgutshall@pkh.com  
         MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                                                                TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE<br>SATINA SHEED,<br><br>Debtor. | :<br>:<br>:<br>:<br>:<br>: | CHAPTER 13<br><br>BR No. 17-17464-MDC<br><br>**Objection to Proof of Claim** |

## ORDER APPROVING STIPULATION OF FACTS

AND NOW this  10th  day of    October    , 2018, upon consideration of the Stipulation of Facts for Debtor's Objection to Proof of Claim filed by U.S. Bank [Docket Item 36] between Debtor Satina Sheed and Creditor U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency) (collectively, "the parties"), it is hereby ORDERED and DECREED that the Stipulation of Facts is approved as an Order of this court and shall bind the parties accordingly.

Date: _____

_____
HON. MAGDELINE D. COLEMAN
U.S. BANKRUPTCY JUDGE

cc:

Jonathan Sgro, Esquire
Community Legal Services, Inc.
North Philadelphia Law Center
1410 W. Erie Avenue
Philadelphia, PA 19140

William C. Miller, Esquire
Chapter 13 Standing Trustee
1234 Market Street, Suite 1813
Philadelphia, PA  19107

Kevin G. McDonald, Esq.

Matteo S. Weiner, Esq.
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106