*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Satina Sheed
    Debtor(s)

Case No: 17−17464−mdc

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

\*\*SCHEDULED\*
Objection to Claim Number 3 by Claimant U.S. Bank (as Trustee for PHFA). Filed by Satina Sheed

    on: 11/19/18

    at: 10:30 AM

    in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  11/9/18

Timothy B. McGrath
Clerk of Court

44 − 43
Form 167