```
                                United States Bankruptcy Court
                                Eastern District of Pennsylvania
In re:                                                                  Case No. 17-17464-mdc
Satina Sheed                                                            Chapter 13
        Debtor              CERTIFICATE OF NOTICE
District/off: 0313-2           User: Eileen                 Page 1 of 2                  Date Rcvd: Nov 09, 2018
                               Form ID: 167                 Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 11, 2018.
db             +Satina Sheed,    4007 J Street,    Philadelphia, PA 19124-5211
cr             +Philadelphia Municipal Court-Traffic Division,    800 Spring Garden Street,
                 Philadelphia, PA 19123-2616
14008787       +ARS Account Resolution,    P.O. Box 459079,    Sunrise, FL 33345-9079
14076117       +Bank of America N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14008789       +City of Philadelphia,    Traffic Court,    800 Spring Garden Street,
                 Philadelphia, PA 19123-2690
14008791       +Credit Acceptance,    PO Box 513,    Southfield, MI 48037-0513
14008793       +ER Solutions, Inc.,    800 SW 39th Street,    Renton, WA 98057-4927
14008794       +HSBC Auto,    6602 Convoy Court,    San Diego, CA 92111-1009
14008795       +KML Law Group, P.C.,    Suite 5000,    BNY Independence Center,    701 Market Street,
                 Philadelphia, PA 19106-1541
14008797        NCO Financial Group,    P.O. Box 7216,    Philadelphia, PA 19101
14104687       +Philadelphia Gas Works,    800 West Montgomery Avenue,    4th Floor - Legal,
                 Philadelphia, PA 19122-2806
14008802       +Santander Consumer USA,    P.O. Box 961245,    Fort Worth, TX 76161-0244
14008803       +Superior Asset Management,    PO Box 4339,    Fort Walton Beach, FL 32549-4339
14008804       +Trident Asset Management,    PO Box 888424,    Atlanta, GA 30356-0424
14075491       +U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE,    211 North Front Street,
                 Harrisburg, PA 17101-1406
14008805       +U.S. Bank, N.A., as Trustee for,    Pennsylvania Housing Finance Agency,
                 211 North Front Street,    P.O. Box 15057,    Harrisburg, PA 17105-5057

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 10 2018 02:38:34      Orion (VERIZON),
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14008785       +E-mail/Text: EBNProcessing@afni.com Nov 10 2018 02:32:03      AFNI, Inc.,    P.O. BOX 3097,
                 Bloomington, IL 61702-3097
14008786       +E-mail/Text: EBNProcessing@afni.com Nov 10 2018 02:32:04      AFNI, Inc.,    PO Box 3427,
                 Bloomington, IL 61702-3427
14008790        E-mail/Text: megan.harper@phila.gov Nov 10 2018 02:32:27      City of Philadelphia,
                 Law Department - Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA 19102
14008788       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 10 2018 02:37:57      Capital One,
                 PO Box 30281,    Salt Lake City, UT 84130-0281
14008792       +E-mail/Text: bknotice@ercbpo.com Nov 10 2018 02:31:59      Enhanced Recovery Company,
                 8014 Bayberry Road,    Jacksonville, FL 32256-7412
14074465        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 10 2018 02:38:00
                 LVNV Funding, LLC its successors and assigns as,    assignee of North Star Capital,
                 Acquisition LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14008796        E-mail/Text: egssupportservices@alorica.com Nov 10 2018 02:32:04      NCO Financial Group,
                 507 Prudential Rd,    Horsham, PA 19044-2308
14008799        E-mail/Text: bankruptcygroup@peco-energy.com Nov 10 2018 02:31:12      PECO Energy,
                 2301 Market Street,    Philadelphia, PA 19103-1380
14009063       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 10 2018 02:38:34
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14008798       +E-mail/Text: ebn@vativrecovery.com Nov 10 2018 02:31:12      Palisades Collection LLC,
                 210 Sylvan Ave,    Englewood, NJ 07632-2510
14073193        E-mail/Text: bnc-quantum@quantum3group.com Nov 10 2018 02:31:16
                 Quantum3 Group LLC as agent for,    Cascade Capital LLC,    PO Box 788,
                 Kirkland, WA 98083-0788
14008800       +E-mail/Text: Supportservices@receivablesperformance.com Nov 10 2018 02:32:54
                 Receivables Performance,    20816 44th Ave. W,    Lynnwood, WA 98036-7744
14008806       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 10 2018 02:31:02
                 Verizon Pennsylvania,    500 Technology Drive,    Weldon Spring, MO 63304-2225
                                                                                               TOTAL: 14

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14019644       ##+RJM Acquisitions LLC,    575 Underhill Blvd., Suite 224,    Syosset, NY 11791-3416
14008801       ##+RJM Acquisitions LLC,    575 Underhill Blvd Ste 2,    Syosset, NY 11791-3416
                                                                                               TOTALS: 0, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0313-2          User: Eileen              Page 2 of 2              Date Rcvd: Nov 09, 2018
                              Form ID: 167              Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 9, 2018 at the address(es) listed below:
          JONATHAN   SGRO    on behalf of Debtor Satina   Sheed jsgro@clsphila.org
          KEVIN G. MCDONALD    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
           PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
          LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
           PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com,   dmaurer@pkh.com;mgutshall@pkh.com
          MATTEO SAMUEL WEINER     on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
           PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 6
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Satina Sheed
    Debtor(s)

Case No: 17−17464−mdc
Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

\*\*SCHEDULED\*
Objection to Claim Number 3 by Claimant U.S. Bank (as Trustee for PHFA). Filed by Satina Sheed

    on: 11/19/18

    at: 10:30 AM

    in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  11/9/18

Timothy B. McGrath
Clerk of Court

44 − 43
Form 167