# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Satina Sheed, | : | |
| Debtor. | : | Bankruptcy No. 17-17464-MDC |

# **ORDER**

**AND NOW**, upon consideration of the Claim Objection,[1] and for the reasons set forth in the accompanying Memorandum,

It is hereby **ORDERED** that:

1. The Claim Objection is **OVERRULED**.

2. U.S. Bank's Amended Claim is **ALLOWED IN FULL**.

Dated: October 3, 2019

MAGDELINE D. COLEMAN
CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[1] Capitalized terms used herein but not defined shall have the meaning given to them in the Court's accompanying Memorandum.