United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 17-17464-mdc
Satina Sheed                                                    Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW          Page 1 of 1           Date Rcvd: Oct 04, 2019
                         Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2019.
db             +Satina Sheed,    4007 J Street,    Philadelphia, PA 19124-5211

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2019 at the address(es) listed below:
      JONATHAN  SGRO    on behalf of Debtor Satina  Sheed jsgro@clsphila.org
      KEVIN G. MCDONALD    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
      LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com
      MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                        TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Satina Sheed, | : | |
| Debtor. | : | Bankruptcy No. 17-17464-MDC |

# ORDER

**AND NOW**, upon consideration of the Claim Objection,[1] and for the reasons set forth in the accompanying Memorandum,

It is hereby **ORDERED** that:

1. The Claim Objection is **OVERRULED**.

2. U.S. Bank's Amended Claim is **ALLOWED IN FULL**.

Dated: October 3, 2019

MAGDELINE D. COLEMAN
CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[1] Capitalized terms used herein but not defined shall have the meaning given to them in the Court's accompanying Memorandum.