**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Satina Sheed aka Satina Sumpter<br>                              Debtor(s)<br><br>U.S. BANK NATIONAL ASSOCIATION (TRUSTEE<br>FOR THE PENNSYLVANIA HOUSING FINANCE<br>AGENCY), its successors and/or assigns<br>                              Movant<br>            vs.<br><br>Satina Sheed aka Satina Sumpter<br>                              Debtor(s)<br><br>William C. Miller Esq.<br>                      Trustee | CHAPTER 13<br><br><br>NO. 17-17464 MDC |

**PRAECIPE TO WITHDRAW**

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of U.S. BANK NATIONAL ASSOCIATION
(TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY), which was filed with the
Court on or about **March 30, 2018, docket number 23**.

Respectfully submitted,

By: **/s/ Kevin G. McDonald, Esquire**
Kevin G. McDonald, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322
Attorney for Movant/Applicant

October 28, 2019