UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| SATINA SHEED, | : | |
| | : | BR No. 17-17464-mdc |
| Debtor. | : | |
| | : | |

**CERTIFICATE OF SERVICE**

I, Jonathan Sgro, counsel for the Debtor, Satina Sheed, hereby certify that I filed the Debtor's Second Amended Chapter 13 Plan with the Electronic Filing System, and have received a "Notice of Electronic Filing" confirming that the following parties have received electronic service or notice of the filing by reason of their registration in compliance with paragraph 2(c) and (d) of ECF Standing Order M-03-3005 and as amended by ECF Standing Order M-04-3009:

Office of the U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

William C. Miller, Esq.
P.O. Box 1229
Philadelphia, PA 19105

Kevin G. McDonald, Esq.
KML Law Group, P.C.
BNY Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106

Leon P. Haller, Esq.
Purcell, Krug & Haller
1719 N. Front Street
Harrisburg, PA 17102

Matteo Samuel Weiner, Esq.
KML Law Group, P.C.
BNY Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106

Additionally, a copy of Debtor's Second Amended Chapter 13 Plan has been served, by first class mail, postage prepaid, as required by Fed. R. Bankr. P. 3015(d) and L. Bankr. R. 3015-2 on the date below on the Chapter 13 Standing Trustee and all

creditors as listed below:

William C. Miller, Esq.
P.O. Box 1229
Philadelphia, PA 19105

PHFA
211 North Front Street
Harrisburg, PA 17101

Quantum3 Group LLC
as agent for Cascade Capital LLC
P.O. Box 788
Kirkland, WA 98083

Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603

Bank of America N.A.
P.O. Box 982284
El Paso, TX 79998

City of Philadelphia Law Department
Tax Unit
1401 JFK Blvd., 5th Floor
Philadelphia, PA 19102

Philadelphia Gas Works
800 West Montgomery Avenue
4th Floor - Legal
Philadelphia, PA 19122

AFNI, Inc.
P.O. Box 3097
Bloomington, IL 61702

AFNI, Inc.
P.O. Box 3427
Bloomington, IL 61702

ARS Account Resolution
P.O. Box 459079
Sunrise, FL 33345

Capital One
P.O. Box 30281
Salt Lake City, UT 84130

City of Philadelphia Traffic Court
800 Spring Garden Street
Philadelphia, PA 19108

Credit Acceptance
P.O. Box 513
Southfield, MI 48037

Enhanced Recovery Company
8014 Bayberry Road
Jacksonville, FL 32256

ER Solutions, Inc.
800 SW 39th Street
Renton, WA 98057

HSBC Auto
6602 Convoy Court
San Diego, CA 92111

NCO Financial Group
507 Prudential Road
Horsham, PA 19044

NCO Financial Group
P.O. Box 7216
Philadelphia, PA 19101

Palisades Collection LLC
210 Sylvan Ave
Englewood, NJ 07632

PECO Energy
2301 Market Street
Philadelphia, PA 19103

Receivables Performance
20816 44th Ave. W
Lynnwood, WA 98036

RJM Acquisitions LLC
575 Underhill Blvd., Suite 2
Syosset, NY 11791

Santander Consumer USA
P.O. Box 961245
Fort Worth, TX 76161

Superior Asset Management
P.O. Box 4339
Fort Walton Beach, FL 32549

Trident Asset Management
P.O. Box 888424
Atlanta, GA 30356

Verizon Pennsylvania
500 Technology Drive
Weldon Spring, MO 63304


Date:   October 30, 2019             Signed:   s/ Jonathan Sgro
                                               Attorney for the Debtor

                                               JONATHAN SGRO, ESQ.
                                               Community Legal Services, Inc.
                                               1410 W. Erie Avenue
                                               Philadelphia, PA 19140
                                               Tel.: (215) 227-2400
                                               Fax: (215) 227-2435