# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| SATINA SHEED, | : | |
| | : | BR No. 17-17464-MDC |
| Debtor. | : | |
| | : | |

# **O R D E R**

AND NOW, this _____ day of _____, 2020, upon consideration of the Motion of the Chapter 13 Standing Trustee and the Debtor's Response thereto, and after notice and hearing, the Motion of the Standing Trustee is hereby DENIED.

_____
HON. MAGDELINE D.
COLEMAN U.S. Bankruptcy Judge

Interested Counsel and/or Parties:

William C. Miller, Esquire
Chapter 13 Standing Trustee
P.O. Box 1229
Philadelphia, PA 19105

Jonathan Sgro, Esq.
Counsel for Debtor
Community Legal Services, Inc.
1410 W. Erie Avenue
Philadelphia, PA 19140

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| SATINA SHEED, | : | |
| | : | BR No. 17-17464-MDC |
| Debtor. | : | |
| | : | |

**DEBTOR'S RESPONSE TO THE**
**STANDING TRUSTEE'S MOTION TO DISMISS**

The Debtor, Satina Sheed, through counsel, responds to the Chapter 13 Standing Trustee's Motion to Dismiss as follows:

1. The Motion asserts that Debtor is not making payments.

2. As of the date of this Response, Debtor's plan payment arrears is $1,375.

3. As of the date of this Response, Debtor had paid electronically to the Trustee her plan payment for November of $620, which has not yet been credited to her account.

4. Debtor intends to pay an additional $200 to the Trustee on or around December 1, 2020.

5. After these two payments totaling $820 are credited to her account, Debtor's arrears will be less than one plan payment.

WHEREFORE, the Debtor requests that this Court deny the Standing Trustee's Motion to Dismiss.

Respectfully submitted,

Date: November 19, 2020         s/ Jonathan Sgro
                                JONATHAN SGRO, ESQ.

Attorney for Debtor
Community Legal Services, Inc.
1410 W. Erie Avenue
Philadelphia, PA 19140
Tel: (215) 227-4376
Fax: (215) 227-2435
jsgro@clsphila.org

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| SATINA SHEED, | : | |
| | : | BR No. 17-17464-MDC |
| Debtor. | : | |
| | : | |

**CERTIFICATE OF SERVICE**

I, Jonathan Sgro, Esquire, hereby certify that I served a copy of the foregoing Response to the Standing Trustee's Motion to Dismiss by electronic filing and by first class U.S. mail postage prepaid on the date below, upon the following parties:

William C. Miller, Esquire
Chapter 13 Standing Trustee
P.O. Box 1229
Philadelphia, PA 19105

Respectfully submitted,

Date: November 19, 2020

 s/ Jonathan Sgro
JONATHAN SGRO, ESQ.
Attorney for Debtor
Community Legal Services, Inc.
1410 W. Erie Avenue
Philadelphia, PA 19140
Tel: (215) 227-4376
Fax: (215) 227-2435
jsgro@clsphila.org