# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| SATINA SHEED, | : | |
| | : | BR No. 17-17464-MDC |
| Debtor. | : | |
| | : | |

# **O R D E R**

AND NOW, this _____ day of _____, 2022, upon consideration of the Motion of the Chapter 13 Standing Trustee and the Debtor's Response thereto, and after notice and hearing, the Motion of the Standing Trustee is hereby DENIED.

_____
HON. MAGDELINE D. COLEMAN
U.S. Bankruptcy Judge

Interested Counsel and/or Parties:

Kenneth E. West, Esquire
Chapter 13 Standing Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

Jonathan Sgro, Esq.
Counsel for Debtor
Community Legal Services, Inc.
1410 W. Erie Avenue
Philadelphia, PA 19140

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| SATINA SHEED, | : | |
| | : | BR No. 17-17464-MDC |
| Debtor. | : | |
| | : | |

### DEBTOR'S RESPONSE TO THE
### STANDING TRUSTEE'S MOTION TO DISMISS

The Debtor, Satina Sheed, through counsel, responds to the Chapter 13 Standing Trustee's Motion to Dismiss as follows:

1. The Motion asserts that Debtor is not making payments.

2. As of the date of this Response, Debtor's plan payment arrears is $1,275.

3. As of the date of this Response, Debtor had paid electronically to the Trustee her plan payment for June 2022 of $620, which has not yet been credited to her account.

4. As of the date of this Response, the total amount remaining on Debtor's plan is $3,755.

5. Debtor intends to pay an additional $620 to the Trustee on or before July 21, 2022.

6. After this payment is credited, Debtor will only have five more payments to complete her plan.

WHEREFORE, the Debtor requests that this Court deny the Standing Trustee's Motion to Dismiss.

                                                                                                                                  Respectfully submitted,

Date: <u>June 28, 2022</u>                                                   <u>/s/ Jonathan Sgro</u>
                                                                                                JONATHAN SGRO, ESQ.
Attorney for Debtor
Community Legal Services, Inc.
1410 W. Erie Avenue
Philadelphia, PA 19140
Tel: (215) 227-4376
Fax: (215) 227-2435
jsgro@clsphila.org

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| SATINA SHEED, | : | |
| | : | BR No. 17-17464-MDC |
| Debtor. | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, Jonathan Sgro, Esquire, hereby certify that I served a copy of the foregoing Response to the Standing Trustee's Motion to Dismiss by electronic filing and by first class U.S. mail postage prepaid on the date below, upon the following parties:

Kenneth E. West, Esquire
Chapter 13 Standing Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

Respectfully submitted,

Date: June 28, 2022

 s/ Jonathan Sgro
JONATHAN SGRO, ESQ.
Attorney for Debtor
Community Legal Services, Inc.
1410 W. Erie Avenue
Philadelphia, PA 19140
Tel: (215) 227-4376
Fax: (215) 227-2435
jsgro@clsphila.org