Certificate Number: 17082-PAE-DE-036930546

Bankruptcy Case Number: 17-17464



17082-PAE-DE-036930546

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 25, 2022, at 7:57 o'clock PM MST, SATINA SHEED completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   October 26, 2022         By:   /s/Boglarka Brown

                                 Name: Boglarka Brown

                                 Title: Certified Credit Counselor