United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Satina Sheed  
      Debtor

Case No. 17-17464-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Dec 08, 2022      Form ID: 138OBJ      Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Satina Sheed, 4007 J Street, Philadelphia, PA 19124-5211 |
| 14008789 | + | City of Philadelphia, Traffic Court, 800 Spring Garden Street, Philadelphia, PA 19123-2690 |
| 14008797 | | NCO Financial Group, P.O. Box 7216, Philadelphia, PA 19101 |
| 14104687 | + | Philadelphia Gas Works, 800 West Montgomery Avenue, 4th Floor - Legal, Philadelphia, PA 19122-2806 |
| 14019644 | + | RJM Acquisitions LLC, 575 Underhill Blvd., Suite 224, Syosset, NY 11791-3416 |
| 14008801 | + | RJM Acquisitions LLC, 575 Underhill Blvd Ste 2, Syosset, NY 11791-3426 |
| 14008803 | + | Superior Asset Management, PO Box 4339, Fort Walton Beach, FL 32549-4339 |
| 14075491 | + | U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14008805 | + | U.S. Bank, N.A., as Trustee for, Pennsylvania Housing Finance Agency, 211 North Front Street, P.O. Box 15057, Harrisburg, PA 17105-5057 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 08 2022 23:46:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 08 2022 23:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14008786 | + | Email/Text: EBNProcessing@afni.com | Dec 08 2022 23:46:00 | AFNI, Inc., PO Box 3427, Bloomington, IL 61702-3427 |
| 14008785 | + | Email/Text: EBNProcessing@afni.com | Dec 08 2022 23:46:00 | AFNI, Inc., P.O. BOX 3097, Bloomington, IL 61702-3097 |
| 14008787 | ^ | MEBN | Dec 08 2022 23:43:37 | ARS Account Resolution, P.O. Box 459079, Sunrise, FL 33345-9079 |
| 14076117 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Dec 08 2022 23:46:00 | Bank of America N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14008790 | | Email/Text: megan.harper@phila.gov | Dec 08 2022 23:46:00 | City of Philadelphia, Law Department - Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102 |
| 14008788 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 08 2022 23:50:33 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14008791 | + | Email/Text: ebnnotifications@creditacceptance.com | Dec 08 2022 23:46:00 | Credit Acceptance, PO Box 513, Southfield, MI 48037-0513 |
| 14008793 | + | Email/Text: convergent@ebn.phinsolutions.com | Dec 08 2022 23:46:00 | ER Solutions, Inc., 800 SW 39th Street, Renton, WA 98057-4927 |
| 14008792 | + | Email/Text: bknotice@ercbpo.com | Dec 08 2022 23:46:00 | Enhanced Recovery Company, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 14008794 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | | |

| | | | |
|---|---|---|---|
| District/off: 0313-2 | | User: admin | Page 2 of 3 |
| Date Rcvd: Dec 08, 2022 | | Form ID: 138OBJ | Total Noticed: 32 |

| | | | | |
|---|---|---|---|---|
| | | | Dec 08 2022 23:46:00 | HSBC Auto, 6602 Convoy Court, San Diego, CA 92111-1000 |
| 14008795 | ^ | MEBN | | |
| | | | Dec 08 2022 23:43:39 | KML Law Group, P.C., Suite 5000, BNY Independence Center, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14074465 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Dec 08 2022 23:50:33 | LVNV Funding, LLC its successors and assigns as, assignee of North Star Capital, Acquisition LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14008796 | | Email/Text: egssupportservices@alorica.com | | |
| | | | Dec 08 2022 23:46:00 | NCO Financial Group, 507 Prudential Rd, Horsham, PA 19044-2308 |
| 14008799 | | Email/Text: bankruptcygroup@peco-energy.com | | |
| | | | Dec 08 2022 23:46:00 | PECO Energy, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14009063 | + | Email/PDF: rmscedi@recoverycorp.com | | |
| | | | Dec 08 2022 23:50:35 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14008798 | + | Email/Text: ebn@vativrecovery.com | | |
| | | | Dec 08 2022 23:46:00 | Palisades Collection LLC, 210 Sylvan Ave, Englewood, NJ 07632-2510 |
| 14073193 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Dec 08 2022 23:46:00 | Quantum3 Group LLC as agent for, Cascade Capital LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14008800 | + | Email/Text: Supportservices@receivablesperformance.com | | |
| | | | Dec 08 2022 23:46:00 | Receivables Performance, 20816 44th Ave. W, Lynnwood, WA 98036-7744 |
| 14008802 | + | Email/Text: enotifications@santanderconsumerusa.com | | |
| | | | Dec 08 2022 23:46:00 | Santander Consumer USA, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14008804 | ^ | MEBN | | |
| | | | Dec 08 2022 23:43:31 | Trident Asset Management, PO Box 888424, Atlanta, GA 30356-0424 |
| 14008806 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Dec 08 2022 23:46:00 | Verizon Pennsylvania, 500 Technology Drive, Weldon Spring, MO 63304-2225 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2022     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2022 at the address(es) listed below:

**Name**     **Email Address**

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Dec 08, 2022 | Form ID: 138OBJ | Total Noticed: 32

| | |
|---|---|
| JONATHAN SGRO | on behalf of Debtor Satina Sheed jsgro@clsphila.org |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com |
| LEON P. HALLER | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Satina Sheed
        Debtor(s)

Case No: 17−17464−mdc
Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

      900 Market Street
      Suite 400
      Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 12/8/22

101 − 98
Form 138OBJ